UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>            Defendants. | Case No. 1:15-cv-01916-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 7)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On December 28, 2015, Plaintiff filed his first civil rights complaint. (ECF No. 1.)  On June 2, 2016, the Court screened that complaint and found that it stated cognizable Eighth Amendment claims against Does 6 through 20 in their official capacities for implementing a policy denying Plaintiff hepatitis C treatment. (ECF No. 6.)  The Court dismissed Plaintiff's remaining claims for failure to state a claim. Id.  The Court granted Plaintiff thirty days to either file an amended complaint curing the identified deficiencies or file a notice stating his willingness to proceed only on his cognizable claims. (ECF No. 6.)  As of July 18, 2016, Plaintiff had not filed an amended complaint or notice of willingness to proceed on cognizable claims. Accordingly, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to prosecute and failure to obey a court order. (ECF No. 7.)

On August 4, 2016, Plaintiff filed a first amended complaint.  (ECF No. 8.)  Having

received Plaintiff's amended complaint, the Court will discharge the order to show cause and screen Plaintiff's first amended complaint in due course.

    Based on the foregoing, IT IS HEREBY ORDERED THAT the order to show cause (ECF No. 7) is DISCHARGED.

IT IS SO ORDERED.

Dated:   August 9, 2016          /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE