UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA, | CASE NO. 1:15-cv-01916-MJS (PC) |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| MARTIN BITER, et al., | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| Defendants. | **(ECF No. 11)** |
| | **THIRTY DAY DEADLINE** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted.  William L. Schmidt has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. William L. Schmidt is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on William L. Schmidt, Law Office of William L. Schmidt, P. O. Box 25001, Fresno, CA 93729.
4. In light of the appointment of counsel for plaintiff, the Order to Show Cause issued

on December 27, 2016 (ECF No. 11) is DISCHARGED.  Appointed counsel shall have thirty (30) days from the date of service of this order to specify the documents necessary to identify the Doe Defendants, as set forth in the Screening Order issued on November 15, 2016.  (ECF No. 10.)

IT IS SO ORDERED.

Dated:   February 7, 2017                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE