1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MICHELLE L. ANGUS, State Bar No. 210031
   Supervising Deputy Attorney General
3  ERICK J. RHOAN, State Bar No. 283588
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7363
6   Fax: (916) 324-5205
    E-mail: Erick.Rhoan@doj.ca.gov
7  *Attorneys for Defendants Akanno, Bal, Boparai,
   Bzoskie, Carmichael, Carrick, DiLeo, Dos Santos,
8  Igbinosa, Kanan, Ralston, Song, Tharratt, and
   Vasudeva*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **FRANK BACA,** | 1:15-cv-01916 JDP |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| **MARTIN BITER,** *et al.*, | |
| Defendant. | |

**STIPULATION**

On May 3, 2018, the court ordered service of plaintiff's third amended complaint on defendants Akanno, Bal, Boparai, Bzoski, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Schaefer, Song, Tharratt, and Vasudeva. (Doc. No. 45.) Defendants must file a responsive pleading by July 9, 2018.

Eastern District of California Local Rule 144(a) permits parties to stipulate, in writing, to extend the time within which to answer or otherwise respond to a complaint.

The parties have met and conferred and stipulate that the time for defendants Akanno, Bal, Boparai, Bzoski, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Song, Tharratt, and Vasudeva to file a responsive pleading is extended for thirty days, to and including, August 8, 2018.

Dated: July 9, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHELLE L. ANGUS
Supervising Deputy Attorney General


*/s/ Erick J. Rhoan*
ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendants Akanno, Bal, Boparai, Bzoskie, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Song, Tharratt, and Vasudeva*

Dated: July 9, 2018

WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.


*/s/ William L. Schmidt* **(as auth. 7/9/2018)**
WILLIAM L. SCHMIDT
JEFFREY W. EISINGER
*Attorneys for Plaintiff, Frank Baca*

**ORDER**

IT IS HEREBY ORDERED that the deadline for the responsive pleading of defendants Akanno, Bal, Boparai, Bzoski, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Song, Tharratt, and Vasudeva is extended from July 9, 2018, to August 8, 2018.

IT IS SO ORDERED.

Dated: July 11, 2018

UNITED STATES MAGISTRATE JUDGE