Xavier Becerra, State Bar No. 118517
Attorney General of California
Michelle L. Angus, State Bar No. 210031
Supervising Deputy Attorney General
Erick J. Rhoan, State Bar No. 283588
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7363
  Fax: (916) 324-5205
  E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Akanno, Bal, Boparai, Bzoskie, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Song, Tharratt, and Vasudeva*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRANK BACA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN BITER, *et al.*,<br><br>        Defendant. | 1:15-cv-01916-JDP<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

On May 3, 2018, the Court ordered service of Plaintiff's Third Amended Complaint on Defendants Akanno, Bal, Boparai, Bzoski, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Schaefer, Song, Tharratt, and Vasudeva. (ECF No. 45.) Based on the method and manner of service, Defendants are required to file a responsive pleading by July 9, 2018.

Eastern District of California Local Rule 144(a) permits the parties to stipulate, in writing, to extend the time within which to answer or otherwise respond to the complaint.

The parties have met and conferred, and stipulate that the time for Defendants Akanno, Bal, Boparai, Bzoski, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Song, Tharratt, and Vasudeva to file a responsive pleading is extended for thirty days, to and including, August 8, 2018.

Dated: July 9, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHELLE L. ANGUS
Supervising Deputy Attorney General

*/s/ Erick J. Rhoan*
ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendants Akanno, Bal, Boparai, Bzoskie, Carmichael, Carrick, DiLeo, Dos Santos, Igbinosa, Kanan, Ralston, Song, Tharratt, and Vasudeva*

Dated: July 9, 2018

WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

*/s/ William L. Schmidt* **(as auth. 7/9/2018)**
WILLIAM L. SCHMIDT
JEFFREY W. EISINGER
*Attorneys for Plaintiff, Frank Baca*

IT IS SO ORDERED.

Dated:  August 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE