UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARTIN BITER, *et al.*,<br><br>            Defendants. | Case No. 1:15-cv-01916-DAD-JDP<br><br>ORDER TO SHOW CAUSE WHY DOES 1-10 SHOULD NOT BE DISMISSED |

Plaintiff is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983. On April 10, 2018, the court screened plaintiff's third amended complaint and found all claims to be cognizable: (1) claims for damages against defendants Dileo, Schaeffer, Akanno, and Bzoskie for cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments; (2) claims for damages against Headquarters Utilization Management Committee ("HUMC") members—Carrick, Tharratt, Kanan, Ralston, Bal, Igbinosa, Dos Santos, Song, Vasudeva, Carmichael, Boparai, and Does 1-10—for cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments; and (3) claims for injunctive relief against Bzoski and the current HUMC members for implementing policies and procedures that have caused and are causing deprivation of plaintiff's Eighth Amendment rights. *Id.* at 7-9.

The court ordered plaintiff to substitute true names for the Doe defendants within ninety

days.  ECF No. 40 at 10.  This deadline has passed, and plaintiff has made no substitutions.  Accordingly, plaintiff must show cause within twenty-one days of this order why the court should not dismiss the Doe defendants.

IT IS SO ORDERED.

Dated:     January 24, 2019                          _____
UNITED STATES MAGISTRATE JUDGE

No. 203.