UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA, | Case No. 1:15-cv-01916-DAD-JDP |
| Plaintiff, | ORDER EXTENDING TIME FOR PARTIES TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS ISSUED ON JANUARY 24, 2019 |
| v. | |
| MARTIN BITER, *et al.*, | |
| Defendants. | |

On February 6, 2019, defendants Bal, Boparai, Bzoskie, Carmichael, Carrick, DiLeo, Dos Santos, Kanan, Ralston, Song, Tharratt, and Vasudeva requested a twenty-one-day extension of time to file objections to the court's findings and recommendations issued on January 24, 2019. ECF No. 101. Defendants' request is partially granted. All parties may file objections, if any, by February 21, 2019.

IT IS SO ORDERED.

Dated:   February 12, 2019   

_____
UNITED STATES MAGISTRATE JUDGE