UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>        Plaintiff,<br><br>v.<br><br>SANDRA SCHAEFFER individually, JONATHAN AKANNO individually, LARRY DILEO in his individual capacity, T. BZOSKIE individually and in his/her official capacity, J. CARRICK individually and in his/her official capacity as a member of the HUM Committee, S. THARRATT individually and in his/her official capacity as a member of the HUM Committee, R. KANAN individually and in his/her official capacity as a member of the HUM Committee, D. RALSTON individually and in his/her official capacity as a member of the HUM Committee, J. BAL individually and in his/her official capacity as a member of the HUM Committee, F. IGBINOSA individually and in his/her official capacity as a member of the HUM Committee, E. DOS SANTOS individually and in his/her official capacity as a member of the HUM Committee, G. SONG individually and in his/her official capacity as a member of the HUM Committee, A. | Case No. 1:15-cv-01916-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT BASED ON EXHAUSTION BY ONE WEEK FOR DR. AKANNO** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | VASUDEVA individually and in his/her official capacity as a member of the HUM Committee, L. CARMICHAEL individually and in his/her official capacity as a member of the HUM Committee, M. BOPARAI individually and in his/her official capacity as a member of the HUM Committee, and DOES 1-10, inclusive,<br><br>                    Defendants. |

GOOD CAUSE HAVING BEEN SHOWN, this court hereby grants the joint stipulation to extend Defendant Akanno's time to file a Motion for Summary Judgment Based on Exhaustion from July 12, 2019 to July 19, 2019.

IT IS SO ORDERED.

Dated:   July 16, 2019                  /s/ Jeremy Peterson
                                            UNITED STATES MAGISTRATE JUDGE