UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN BITER, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01916-DAD-JDP<br><br>ORDER DIRECTING CLERK TO TERMINATE DEFENDANT BZOSKIE FROM THE DOCKET<br><br>ECF No. 123 |

On July 3, 2019, the parties stipulated to the dismissal of defendant T. Bzoskie with prejudice from this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. ECF No. 125. Accordingly, he is no longer a party in this case, and we direct the clerk to terminate defendant T. Bzoskie from the docket.

IT IS SO ORDERED.

Dated:   July 16, 2019

UNITED STATES MAGISTRATE JUDGE

No. 203