UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FRANK BACA, | Case No. 1:15-cv-01916-DAD-JDP |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK TO TERMINATE DEFENDANT SANDRA SCHAEFFER FROM THE DOCKET |
| v. | |
| MARTIN BITER, *et al.*, | ECF No. 123 |
| Defendants. | |

On June 28, 2019, the parties stipulated to the dismissal of defendant Sandra Schaeffer with prejudice from this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. ECF No. 123. Accordingly, she is no longer a party in this case, and we direct the clerk to terminate defendant Sandra Schaeffer from the docket.

IT IS SO ORDERED.

Dated: __August 16, 2019__  _____
UNITED STATES MAGISTRATE JUDGE

No. 205

1