# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN BITER, *et al.*,<br><br>      Defendants. | Case No. 1:15-cv-01916-DAD-JDP<br><br>ORDER GRANTED STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>ECF No. 139 |

Pursuant to the stipulation of the parties, ECF No. 139, the deadlines to complete discovery and to file dispositive motions as set by the most recent scheduling order, ECF No. 116, are vacated. The scheduling order is modified as follows. The discovery deadline, including filing motions to compel, is moved to March 12, 2020. The dispositive motion filing deadline is moved to May 21, 2020.

IT IS SO ORDERED.

Dated:   November 27, 2019                   /s/ Jeremy Peterson
                                                     UNITED STATES MAGISTRATE JUDGE

No. 205.