# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FRANK BACA,

    Plaintiff,

v.

MARTIN BITER, *et al.*,

    Defendants.

Case No. 1:15-cv-01916-DAD-JDP

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Frank Baca, CDCR # C-50051, a necessary and material witness in a settlement conference in this case on January 17, 2020, is confined in the Sierra Conservation Center (SCC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Friday, January 17, 2020 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SCC, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   December 11, 2019          _____
                                     UNITED STATES MAGISTRATE JUDGE