# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA, | Case No. 1:15-cv-01916-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER VACATING THE ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF FRANK BACA (CDCR # C-50051) |
| MARTIN BITER, et al., | |
| Defendants. | (ECF No. 142) |

On December 12, 2019, an Order and Writ of Habeas Corpus Ad Testificandum was issued to transport Plaintiff Frank Baca, CDCR No. C-50051, for a settlement conference. (ECF No. 142.)  By subsequent order, the settlement conference is this matter shall be vacated. Accordingly, the Order and Writ of Habeas Corpus Ad Testificandum is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **January 16, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1