# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>      Plaintiff,<br><br>   v.<br><br>LARRY DILEO, et al.,<br><br>      Defendants. | Case No. 1:15-cv-01916-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF OPPORTUNITY TO FILE RESPONSIVE PLEADING AND A MOTION BASED ON DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE<br><br>(ECF Nos. 149, 151-153)<br><br>FOURTEEN-DAY DEADLINE |

An informal teleconference was held in this matter on January 16, 2020 to address vacating a settlement conference. Following the telephonic conference an order issued requiring Defendants to show cause why sanctions should not issue for the failure to participate in the settlement conference in good faith. (ECF No. 149.) The order was also served on counsel for the California Department of Corrections and Rehabilitation ("CDCR") and a special appearance was granted so that CDCR could respond to the issue presented. (Id. at 7.) On February 4, 2020, the Defendants filed responses to the order to show cause. (ECF Nos. 151-153.) The CDCR did not file a response.

It has been this Court's practice not to require a CDCR representative to personally appear at settlement conferences. However, as CDCR chose not to respond to the concerns expressed by the Court in the order to show cause, the Court is considering changing this

practice to require a CDCR representative to appear at all future settlement conferences.

At the informal conference, counsel for Plaintiff indicated that he was intending to seek sanctions for the failure to timely notify that there would be no settlement offer in this matter. Plaintiff shall be provided with an opportunity file a pleading responsive to Defendants' responses and any appropriate motion.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.     Plaintiff may file a pleading responsive to Defendants' response to the order to show cause and any appropriate motion within **fourteen (14) days** of the date of entry of this order; and

2.     The Clerk of the Court shall serve a copy of this order on Jennifer Neill, Office of Legal Affairs, P.O. Box 942883, Sacramento, California 94283-0001.

IT IS SO ORDERED.

Dated:   __**February 11, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE