# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY DILEO, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01916-DAD-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSIVE PLEADING<br><br>(ECF No. 155)<br><br>FOURTEEN DAY DEADLINE |

On February 21, 2020, an order issued requiring Defendants to show cause why sanctions should not issue for their failure to participate in the settlement conference in good faith. (ECF No. 149.) On February 4, 2020, the defendants filed responses to the order to show cause. (ECF Nos. 151, 152, 153.) Plaintiff was granted the opportunity to file a responsive pleading and motion. (ECF No. 154.) On February 21, 2020, Plaintiff filed a response in which he request attorney fees as a sanction for the failure to participate in the settlement conference in good faith. (ECF No. 155.)

IT IS HEREBY ORDERED that Defendants may file a reply to Plaintiff's responsive pleading, filed February 21, 2020, within fourteen (14) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __February 27, 2020__

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1