# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY DILEO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01916-DAD-JDP (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING ATTORNEY FEES OF $2,500 TO BE PAID TO PLAINTIFF'S COUNSEL PERSUANT TO AGREEMENT OF THE PARTIES<br><br>(ECF Nos. 149, 151, 152, 153, 155, 162, 163)<br><br>FOURTEEN DAY DEADLINE |

On December 12, 2019, this matter was set for a settlement conference on January 17, 2020, before the undersigned at the request of the parties. (ECF Nos. 139, 141.) The order required the parties to submit confidential settlement statements no later than January 10, 2020. (Id.) The parties submitted timely settlement conference statements. (ECF Nos. 143, 144, 145.)

The Court received notice from Mr. Paul that CDCR was not intending to make any offer to Plaintiff in settlement of this action. A telephonic conference call was held on January 16, 2020, to address whether the settlement conference should proceed. (ECF No. 148.) Counsel William Schmidt and Jeff Eisinger appeared for Frank Baca ("Plaintiff"); counsel Jonathan Paul appeared for J. Bal, M. Boparai, L. Carmichael, J. Carrick, L. DiLeo, E. Dos Santos, R. Kanan, D. Ralston, G. Song, S. Tharratt, and A. Vasudeva; and counsel Elizabeth Frater appeared for Defendants Akanno and Igbinosa.

Following the conference call, an order issued vacating the settlement conference and requiring the defendants to show cause why sanctions should not issue for their failure to participate in the settlement conference in good faith. (ECF Nos. 148, 149.) On February 4, 2020, the defendants filed responses to the order to show cause. (ECF Nos. 151, 152, 153.) Plaintiff was granted the opportunity to file a response and motion. (ECF No. 154.) On February 21, 2020, Plaintiff filed a response in which he request attorney fees as a sanction for the failure to participate in the settlement conference in good faith. (ECF No. 155.) On March 13, 2020, Defendants filed replies to Plaintiff's response. (ECF NO. 162, 163.)

Plaintiff's counsel seeks $3,135.00 for the time spent in preparing for the settlement conference. In their reply, Defendants J. Bal, M. Boparai, L. Carmichael, J. Carrick, L. DiLeo, E. Dos Santos, R. Kanan, D. Ralston, G. Song, S. Tharratt, and A. Vasudeva state that an agreement has been reached with Plaintiff's counsel that attorney fees in the amount of $2,500.00 shall be paid for his time spent on the settlement conference.

Accordingly, IT IS HEREBY ORDERED

1. The order to show cause, filed January 21, 2020 is VACATED; and
2. Within fourteen (14) days of the date of this order, Defendants shall pay the sum of two thousand five hundred dollars ($2,500.00) to "William A. Schmidt, Attorney at Law for his time spent in preparing for the settlement conference in this matter.

IT IS SO ORDERED.

Dated: **March 16, 2020**

UNITED STATES MAGISTRATE JUDGE