UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>              Plaintiff,<br><br>     v.<br><br>MARTIN BITER, *et al.*,<br><br>              Defendants. | Case No. 1:15-cv-01916-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO FILE AN EXTENDED BRIEF<br><br>ECF No. 167 |

Defendants' request to file an extended brief, ECF No. 167, is granted. Defendants J. Bal, M. Boparai, L. Carmichael, J. Carrick, Larry Dileo, E Dos Santos, R. Kanan, D. Ralston, G. Song, S. Tharratt, and A. Vasudeva may file a memorandum of points and authorities in excess of 25 pages, but not exceeding 35 pages.

IT IS SO ORDERED.

Dated:   May 11, 2020                           _____
                                                                    UNITED STATES MAGISTRATE JUDGE

No. 205.

1