UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA, | Case No. 1:15-cv-01916-DAD-JDP |
| Plaintiff, | ORDER GRANTING THE PARTIES STIPULATED REQUEST FOR A CONTINUANCE |
| v. | |
| MARTIN BITER, *et al.*, | ECF No. 172 |
| Defendants. | |

The hearings on defendants' separate motions for summary judgment presently set for September 1, 2020 are hereby continued until February 2, 2021 at 9:30 a.m.  As noted previously, *see* ECF No. 171, this hearing date is for the purposes of setting a briefing schedule.  The default is that the matter will be decided on the papers and without oral argument under Local Rule 230(g).

IT IS SO ORDERED.

Dated:  July 7, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.