UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BACA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et. al.,<br><br>        Defendants. | Case No. 1:15-cv-01916-DAD-HBK<br><br><u>ORDER OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)</u><br><br>Doc. No. 188<br><br><u>ORDER TO TERMINATE PENDING MOTIONS AND DEADLINES</u><br><br>Doc. Nos. 169, 170, 176, 186, 187 |

On April 29, 2021, the parties filed a "Stipulated Dismissal With Prejudice" citing Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 188.) According to the Stipulation, plaintiff and the real party in interest, the California Department of Corrections and Rehabilitation (CDCR), have reached an agreement. (*Id.*) The parties stipulate to the dismissal with prejudice of all named defendants, each party to bear their own fees and costs. (*Id*).

After an answer or summary judgment is filed, Rule 41(a)(1)(A)(ii) permits parties to jointly stipulate to dismissal, and such dismissal shall be without prejudice, unless the notice states otherwise. Fed. R. Civ. P. 41(a)(1)(B).

1

Accordingly:

1. This action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs and fees (Doc. No. 188).

2. The Clerk of Court is respectfully directed to terminate any pending motions/deadlines (Doc. Nos. 169, 170, 176, 186, 187) and close this case.

IT IS SO ORDERED.

Dated: April 30, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE